■ CAROLE F. WOODARD, an Infant, by WILMAH L. WOODARD, Her Guardian ad Litem, Respondent, v. DELAWARE AND HUDSON RAILROAD CORPORATION, Appellant.— Motion for an order staying all proceedings on the part of the plaintiff pending the hearing and determination by this court of the appeal now pending. Motion granted, on condition that appellant perfect its record on appeal and be ready for argument at the November Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ WESLEY J. GUILIANELLE, an Infant, by FRANK P. GUILIANELLE, His Guardian ad Litem, Respondent, v. WILLIAM H. BROWNELL et al., Appellants, and FRANK P. GUILANELLE, Respondent.— Motion for an order relieving the defendant International Stock Food Corporation from the terms of an order of this court dated July 3, 1958, and placing said appeal on the calendar of this court for the November, 1958, Term. Motion dismissed, the appeal having been argued and determined at this term, pursuant to stipulation. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of NEAL BRANDOW, as County Chairman of the Republican County Committee of the County of Greene, Respondent, against LEONARD SMYTHE et al., Constituting the Board of Inspectors of the Town of Jewett, Sole Election District, et al., Appellants.— Order affirmed, without costs, on the opinion of Mr. JUSTICE HAMM at Special Term (13 Misc 2d 1050). Present — Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

## (November 13, 1958)

■ MEYER HERSCHENHORN, Appellant-Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent-Appellant.— Decision handed down on the 10th day of November, 1958 (ante, p. 661) is amended so as to include the judgment appealed from as well as the order. Present — Foster, P. J., Bergan, Gibson and Herlihy, JJ., concur.